**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

CATHY MERRIWEATHER                                                    PLAINTIFF

v.                                            No. 4:14CV00284 JLH

OCTAPHARMA PLASMA, INC.;
and OCTAPHARMA AG                                                    DEFENDANTS

## ORDER

Pursuant to the stipulation of the parties, this action is dismissed with prejudice.

IT IS SO ORDERED this 10th day of April, 2015.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE